DLM

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FRANCESCA D'AMBRA,
Plaintiff,

v.

NEW ENGLAND GAS CO.,
Defendant.

CA 06 352 S

C.A. No. 06-__________

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant New England Gas Co. by and through its undersigned attorneys, submits this Notice of Removal and states as follows:

1. On or about July 10, 2006, the above-captioned action was filed by the Plaintiff in the Superior Court of Rhode Island, Providence County (the "State Court"), entitled Francesca D'Ambra v. New England Gas Co., C.A. No. PC-2006-1473. Plaintiff served the Complaint on Defendant on or about July 14, 2006. The action is now pending in the State Court. A copy of the Summons and Complaint (collectively the "Pleadings") that were filed in the State Court is attached hereto as Exhibit A, and constitutes all process, pleadings and orders purportedly served in the action.

2. The District of Rhode Island embraces the place where the State Court action is pending. See 28 U.S.C. § 1446(a).

3. Upon information and belief, this action involves parties of diverse citizenship and the amount in controversy exceeds the sum of $75,000, and therefore this Court has original jurisdiction pursuant to 28 U.S.C. § 1332. Upon further information and belief, at the time Plaintiff commenced this action in the State Court and at the time

of removal, she was and is a citizen of the State of Rhode Island. Defendant New England Gas Co. is a d/b/a of Southern Union Co., a Delaware corporation with its principal place of business in Pennsylvania, and therefore Defendant is a citizen of the States of Delaware and Pennsylvania for purposes of 28 U.S.C. § 1332.

4. This Notice of Removal is being filed with this Court within thirty (30) days after Defendant first received a copy of a pleading, amended pleading, motion, order or other paper from which it could first ascertain that the action was removable.

5. Written notice of filing of this Notice of Removal will be given to Plaintiff, and a copy will be filed in the State Court, as required by 28 U.S.C. § 1446(d).

6. In filing this Notice of Removal, Defendant does not waive any defenses that may be available to it.

WHEREFORE, Defendant New England Gas Co. respectfully submits that this Notice of Removal complies with the statutory removal requirements and respectfully requests that the action now proceeding against it, entitled Francesca D'Ambra v. New England Gas Co., C.A. No. PC-2006-1473, be removed from the Superior Court of the State of Rhode Island, Providence County, that this action proceed in this Court as a properly removed action, and that the Defendant have such other and further relief as this Court may deem just and proper.

Respectfully submitted,
DEFENDANT NEW ENGLAND GAS CO.

By its attorneys,

NIXON PEABODY LLP

Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
(401) 454-1000 (tel)
(401) 454-1030 (fax)
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: August 2, 2006

CERTIFICATION

I, the undersigned, hereby certify that I sent a true copy of the within document by first class mail, postage pre-paid, to Bernard P. Healy, Esq., 91 Friendship Street, Providence, RI 02908, this 2 day of August, 2006.

10070103.1