**STATE OF RHODE ISLAND**
**PROVIDENCE, SC**

**SUPERIOR COURT**

**FRANCESCA D'AMBRA**

**v.**

**C.A. No.** 2006-1473

**NEW ENGLAND GAS COMPANY**

## COMPLAINT

1. The Plaintiff, Francesca D'Ambra, brings this action pursuant to R.I.G.L. 42-112-1 and 42-112-2, the Rhode Island Civil Rights Act of 1990
2. The Plaintiff, Francesca D'Ambra, is a woman.
3. In or about August 2005, the plaintiff, along with five male trainees, began an apprenticeship program through Occupations Unlimited, an employment agency, to become a Customer Service Technician for the defendant, the New England Gas Company.
4. The plaintiff was and is amply qualified to perform all the job duties of a Customer Service Technician and excelled in her performance of those duties during the apprenticeship program.
5. Despite her superior performance, the defendant, on or about January 20, 2006, through Supervisor Brian Hunt, advised plaintiff that she would not be hired as a full time employee and that plaintiff had not met the "expectations" of the defendant.
6. The Defendant has hired all five male trainees who entered the apprenticeship program with the plaintiff despite the fact that plaintiff by virtue of background, training and job performance was more qualified than these other entrants in the program.
7. During the course of the apprenticeship program, the defendant, through its agents, actively discouraged plaintiff's involvement in the program, advising her that she was too small, not strong enough, would be expected to enter dangerous neighborhoods, and was more suited for other forms of employment, i.e. nursing.
8. Despite defendant's active discouragement, the plaintiff successfully completed and excelled in the apprenticeship program.
9. The defendant, in violation of R.I.G.L. 42-112-1 has discriminated against plaintiff and has denied her the same right to enter a contract of employment based upon her gender.

10. As a direct and proximate result of defendant's discriminatory conduct and denial of plaintiff's civil rights, the plaintiff has been denied her rightful employment, suffering thereby a loss of earnings and earning capacity, has suffered grave emotional distress and has been otherwise injured.
11. The plaintiff has no adequate remedy at Law, there being no other comparable positions available to her in Rhode Island industry.

Wherefore, plaintiff requests that defendant be restrained and enjoined from refusing her full time employment, be restrained and enjoined from filling the position of Customer Service Technician until and unless she is placed in that position, that the plaintiff be awarded compensatory damages, punitive damages, reasonable attorneys fees and all other just relief due her.

The Plaintiff
Francesca D'Ambra
By her Attorney

Bernard P. Healy (2072)
91 Friendship Street
Providence, R.I. 02908
Tel: (401) 521-2900

To the extent allowed by Law, the plaintiff requests a trial by jury.

Bernard P. Healy

**VERIFICATION**

I Francesca D'Ambra, verify and state that I have reviewed this complaint and the allegations therein are to the best of my knowledge and belief true and accurate.

Francesca D'Ambra