STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-1473 FRANCESCA D AMBRA V NEW ENGLAND GAS COMPANY

Filing Date: 03-15-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 08-02-2006

Plaintiff: FRANCESCA D'AMBRA
ID: @10827279

Attorney: BERNARD HEALY

Defendant: NEW ENGLAND GAS COMPANY
ID: @10827280

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-15-2006 | COMPLAINT FILED | |
| 03-15-2006 | INITIAL FILING FEE | |
| 03-15-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP222670. |
| 08-02-2006 | OTH DOC FILED DURING DISCOV | MATTER IS CLOSED. REMOVED TO U.S. DISTRICT COURT OF RHODE ISLAND. FED CASE I.D. IS NEEDED. |
| 08-02-2006 | CASE REMVD TO US DISTRICT CT | TO U.S. DISTRICT COURT. CERIFIED COPIES TO BE SENT TO U.S DISTRICT COURT; ONE EXCHANGE TERRANCE, PROVIDENCE RI, 02903. |

rue Copy Attest
Superior Court
Bristol