UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

FRANCESCA D'AMBRA,
Plaintiff,

v.

C. A. NO. PC 06-352 S

NEW ENGLAND GAS COMPANY,
Defendant.

ANSWER

Defendant, New England Gas Company, a division of Southern Union Company, responds to the allegations set forth in the Complaint as follows:

1. The allegations set forth in paragraph 1 of the Complaint do not require a response.

2-3. Defendant admits the allegations set forth in paragraphs 2 and 3 of the Complaint.

4. Defendant denies the allegations set forth in paragraph 4 of the Complaint.

5. Defendant admits the allegations set forth in paragraph 5 of the Complaint, except denies that plaintiff's performance was "superior."

6-11. Defendant denies the allegations set forth in paragraphs 6, 7, 8, 9, 10 and 11 of the Complaint.

First Defense

The complaint fails to state a claim upon which relief may be granted.

Second Defense

Plaintiff's claims are barred in whole or in part because defendant exercised reasonable care to prevent and properly correct any unlawful discrimination in the workplace and plaintiff unreasonably failed to take advantage of preventive and corrective opportunities provided by defendant to avoid harm otherwise.

Third Defense

All actions taken by defendant were in good faith.

Fourth Defense

All actions taken by defendant with respect to plaintiff's employment were for legitimate non-discriminatory reasons.

Fifth Defense

Upon information and belief, Plaintiff has failed to mitigate her damages.

DEFENDANT,

NEW ENGLAND GAS COMPANY,

By its attorneys,

NIXON PEABODY, LLP

/s/ Neal J. McNamara
Neal J. McNamara #4249
Matthew F. Frankel #7293
One Citizens Plaza – 5th Floor
Providence, RI 02903
Tel. (401) 454-1000
Fax. (401) 454-1030

Dated: August 4, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a true and accurate copy of the within Answer to Bernard Healy, Esq., 91 Friendship Street, Providence, RI 02903 via regular mail, postage prepaid on this 4th day of August, 2006.

/s/Neal J. McNamara