UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FRANCESCA D'AMBRA,
Plaintiff,

- v -

NEW ENGLAND GAS COMPANY
Defendant.

C.A. No.: 06-352S

# NOTICE OF DEPOSITION

TO:

Bernard P. Healy, Esq.
750 East Avenue
Pawtucket, RI 02860

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920

PLEASE TAKE NOTICE that on Wednesday, October 18, 2006 at 1:00 p.m. at the offices of Nixon Peabody LLP, One Citizens Plaza, Providence, RI 02903 and continuing from day to day until completed, Defendants will take the deposition of ***Francesca D'Ambra*** before a duly qualified Notary Public or other officer qualified to administer oaths. This deposition will be taken pursuant to Fed. R. Civ. P. 30, and will be recorded by stenographic means.

Respectfully submitted,

NEW ENGLAND GAS COMPANY,
By its attorneys,

/s/ Neal J. McNamara

Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)

Dated: October 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing NOTICE OF DEPOSITION was served on Bernard Healy, Esq., 750 East Avenue, Pawtucket, RI 02860 via facsimile and first class mail this 11th day of October, 2006.

/s/Neal J. McNamara