UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FRANCESCA D'AMBRA

V. C.A. NO. 06-352S

NEW ENGLAND GAS COMPANY

**MOTION TO EXTEND DISCOVERY**

Now comes the Plaintiff, FRANCESCA D'AMBRA, and hereby moves that the discovery period, currently scheduled to close on December 1, 2006 be extended to December 20, 2006. As grounds therefore, Plaintiff states that she originally pressed for a truncated discovery schedule that Plaintiff has not been able to schedule and complete all depositions on/or before December 1, 2006, that a brief extension is necessary to complete all necessary discovery. Wherefore, Plaintiff respectfully requests that the discovery period, currently scheduled to be closed on December 1, 2006, be extended up to and including December 20, 2006.

Plaintiff
FRANCESCA D'AMBRA
By her Attorney

Bernard P. Healy, #2072
750 East Avenue
Pawtucket, RI 02860
(401) 721-2260

**CERTIFICATION**

I hereby certify that on this date I forwarded a copy of the following document: By fax, e-mail, and mailing a copy of same, postage prepaid, to Neil J. McNamara, Esquire and Matthew J. Frankel, Esquire, Nixon Peabody LLP, One Citizens Plaza, Providence, RI 02903 on this date of 1ST December, 2006.

Christine Blaus

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FRANCESCA D'AMBRA

V. C.A. NO. 06-352S

NEW ENGLAND GAS COMPANY

**MEMORANDUM OF THE PLAINTIFF, FRANCESCA D'AMBRA, IN SUPPORT OF HER MOTION TO EXTEND DISCOVERY**

The Plaintiff, FRANCESCA D'AMBRA, herein requests a brief extension of time to complete discovery in reference to the within matter. The present case was originally filed in the Superior Court, Providence County. The Defendant, NEW ENGLAND GAS COMPANY, removed the matter to this honorable court on the basis of diversity of citizenship. The matter was placed upon a relatively abbreviated discovery schedule, with a targeted discovery closure date on/or about December 1, 2006. The Plaintiff has found that the number of witnesses involved on the part of the NEW ENGLAND GAS COMPANY is more than anticipated. While Plaintiff has attempted to schedule depositions of all such witnesses, she has not been able to complete discovery within the targeted deadline. The intervening holidays have needless to say complicated scheduling. The Plaintiff herein requests a relatively brief extension through December 20th within which to complete all necessary discovery. The Plaintiff anticipates that while this may delay filing of motions for summary judgment, if any, and the anticipated submission of pre-trial memoranda and ultimately trial, the delay will not be significant and will not work to the prejudice of either Plaintiff or Defendant. Wherefore, the Plaintiff respectfully requests that discovery be extended up through and including December 20, 2006. Defendant's counsel has no objection to this motion.

Plaintiff
FRANCESCA D'AMBRA
By her Attorney

Bernard P. Healy, #2072
750 East Avenue
Pawtucket, RI 02860
(401) 721-2260

# CERTIFICATION

I hereby certify that on this date I forwarded a copy of the following document:
By fax and mailing a copy of same, postage prepaid, to Neil J. McNamara, Esquire and Matthew J. Frankel, Esquire, Nixon Peabody LLP, One Citizens Plaza, Providence, RI 02903 on this date of 1ST December, 2006.

Christine Burns