UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FRANCESCA D'AMBRA,<br>Plaintiff, | : | |
| v. | : | C.A. No. 06-352 S |
| NEW ENGLAND GAS CO.,<br>Defendant. | : | |

**DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES**

Pursuant to Fed. R. Civ. P. 37(a), Defendant New England Gas Co. hereby moves to compel Plaintiff Francesca D'Ambra to provide supplementary responses to certain interrogatories and requests for production of documents propounded by Defendant.

On or about September 19, 2006, Defendant served on Plaintiff interrogatories and a request for production of documents (attached as Exhibit A). On or about October 13, 2006, Defendant received Plaintiff's (incomplete) responses to both discovery requests. Since that time, Defendant has on several occasions[1] requested that Plaintiff provide supplementary responses, but as of the date of filing this motion, Plaintiff has failed to do so.

Specifically, Defendant seeks:

1. A supplementary response to Interrogatory No. 2, listing (a) all employers, if any, for whom Plaintiff has worked since October 13, 2006 and (b) corrected and exact dates of employment with respect to Plaintiff's employment with Veteran's Contractors and Gino's Plumbing.

2. A supplementary response to Request for Production of Documents Nos. 7, 8, and 13, i.e., all documents relating to Plaintiff's income since her employment with

---

[1] Defendant counsel sent Plaintiff's counsel letters on October 27, 2006, and December 15, 2006, requesting the outstanding discovery responses.

Defendant ended, including (a) pay stubs or copies of paychecks for all jobs; (b) all documents relating to unemployment benefits; and (c) Plaintiff's W-2 forms for the year 2005.

As the above requests are relevant to this case and unprivileged, Defendant is entitled to Plaintiff's responses. Because Plaintiff has not complied with these requests, and this is the final day to file discovery motions, Defendant is obligated to file this motion.

For these reasons, Defendant respectfully requests that this Court GRANT its motion to compel the above discovery responses.

Respectfully submitted,

DEFENDANT NEW ENGLAND GAS CO.

By its attorneys,

NIXON PEABODY LLP

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: January 5, 2007

RULE 37(a)(1)(B) CERTIFICATION

I hereby certify that I attempted to confer with Plaintiff's counsel in an effort to secure the discovery responses without court action.

/s/ Neal J. McNamara

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within document was forwarded to the following persons via first class mail, postage pre-paid, this 5th day of January, 2007.

Bernard P. Healy, Esq.
750 East Street
Pawtucket, RI

/s/ Neal J. McNamara