UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FRANCESCA D'AMBRA,
Plaintiff,

- v - C.A. No.: 06-352S

NEW ENGLAND GAS COMPANY
Defendant.

**NOTICE OF DEPOSITION**

TO:

Bernard P. Healy, Esq.
91 Friendship Street
Providence, RI 02903

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920

PLEASE TAKE NOTICE that on Friday, February 9, 2007 at 9:00 a.m. at the offices of Nixon Peabody LLP, One Citizens Plaza, Providence, RI 02903 and continuing from day to day until completed, Defendants will take the deposition of ***The Keeper of the Records for My Plumber*** before a duly qualified Notary Public or other officer qualified to administer oaths. This deposition will be taken pursuant to Fed. R. Civ. P. 30, and will be recorded by stenographic means. Deponent is requested to bring with him/her documents as specified in Exhibit A attached hereto.

Respectfully submitted,

NEW ENGLAND GAS COMPANY,
By its attorneys,

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)

Dated: January , 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF DEPOSITION was served on Bernard Healy, Esq., 91 Friendship Street, Providence, RI 02903 and Allied Court Reporters, 115 Phenix Avenue, Cranston, RI 02920 via first class mail and electronic mail this 23rd day of January, 2007.

/s/Neal J. McNamara