# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FRANCESCA D'AMBRA, :
Plaintiff :
:
V. : CA NO.: 06-352S
:
NEW ENGLAND GAS COMPANY :
Defendant :

Deposition of **BRIAN HUNT**, a Witness in the above-entitled cause, taken on behalf of the Plaintiff, before Diane J. DeStefano, RPR, a Notary Public in and for the State of Rhode Island, at the Law Offices of Bernard P. Healy, 750 East Avenue, Pawtucket, Rhode Island 02860 on Thursday, November 9, 2006, scheduled for 1:00 p.m.

APPEARANCES:

FOR THE PLAINTIFF: LAW OFFICES OF BERNARD P. HEALY
BY: BERNARD P. HEALY, ESQUIRE

FOR THE DEFENDANT: NIXON PEABODY LLP
BY: NEAL J. McNAMARA, ESQUIRE

COPY

Diane J. DeStefano, RPR
15 Seabreeze Terrace
South Kingstown, R.I. 02879
401/782-4441

Q. Okay. But what about you, you independently of
Mario and independent of the meetings; did you
have any reports which led you to believe that
Francesca was an inappropriate candidate for
full-time hire by the gas company?
A. The information that came back to me was she was
not progressing to the point where she would be
able to work independently and/or was basically
not meeting the requirements of the job, yes.
Q. And who gave you those reports?
A. Charlie Rugg, David Andrews. They were
specifically asked to go out and work with her to
help her progress.
Q. Anyone else, aside from Charlie Rugg and Dave
Andrews at that time?
A. I'm sure there were, but those are the only two
that I know of that I asked to spend time with
her.
Q. When did you make that request?
A. I'd say after the December review period. And
there was indication from the supervisors that
there was a problem, and I felt that they were two
of my most qualified technicians and they worked
very well training other people and that they