UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FRANCESCA D'AMBRA, Plaintiff, | : | |
| v. | : | C.A. No. 06-352 S |
| NEW ENGLAND GAS CO., Defendant. | : | |

**DEFENDANT'S MOTION FOR LEAVE**
**TO SUPPLEMENT PRETRIAL MEMORANDUM**

Defendant New England Gas Co. hereby requests leave to supplement its Pretrial Memorandum filed on or about January 4, 2007. Defendant seeks to supplement the section of the memorandum outlining points and authorities of law for the simple purpose of providing authority for the proposition that front pay awards are equitable in nature and therefore within the discretion of the trial judge. In support of this Motion, Defendants submit the attached memorandum of law.

Respectfully submitted,
DEFENDANT NEW ENGLAND GAS CO.

By its attorneys,
NIXON PEABODY LLP

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: February 19th, 2007

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within document was forwarded to the following persons via first class mail, postage pre-paid, this 19th day of February, 2007.

Bernard P. Healy, Esq.
750 East Street
Pawtucket, RI 02860

/s/ Neal J. McNamara

UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FRANCESCA D'AMBRA, Plaintiff, | : | |
| v. | : | C.A. No. 06-352 S |
| NEW ENGLAND GAS CO., Defendant. | : | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF**
**MOTION FOR LEAVE TO SUPPLEMENT PRETRIAL MEMORANDUM**

Defendant New England Gas Co. has moved for leave to supplement its Pretrial Memorandum with one point of law regarding the award of front pay in the event that Defendant is found liable in this case. Such supplementation will not prejudice Plaintiff in any way, as the point of law is basic and uncontroversial, and, in any event, does not require a response.

Defendant simply seeks to provide authority for the proposition that front pay awards are equitable in nature and therefore within the discretion of the trial judge, rather than the jury. Defendant's supplemental section would be inserted under Section B, "Points and Authorities," as subsection 8a, as follows:

> 8a. The award of front pay is an equitable remedy that can only be ordered by the Court. The jury cannot order reinstatement as part of any damage award, as front pay is an equitable remedy that falls strictly within the discretion of the court. See Lussier v. Runyon, 50 F.3d 1103, 1108 (1st Cir. 1995) ("[F]ront pay, within the employment discrimination universe, is generally equitable in nature."); cf. Moran v. GTECH Corp., 989 F. Supp. 84, 89 (D.R.I. 1997) (discussing equitable nature of front pay award under Rhode Island leave act); Shoucair v. Brown Univ., 2004 WL 2075159, at *15-16 (R.I. Super. Ct. Sept. 9,

2004) (Gibney, J.) (discussing equitable nature of front pay award in Fair Employment Practices Act context).

Defendant attaches a revised version of its Pretrial Memorandum, which includes the above supplemental section, as Exhibit A. If the Court grants this motion, Defendant assumes that the Court will treat Exhibit A as Defendant's operative Pretrial Memorandum. If the Court wishes that Defendant re-file the memorandum on its own, Defendant will do so forthwith upon such request.

Respectfully submitted,
DEFENDANT NEW ENGLAND GAS CO.

By its attorneys,
NIXON PEABODY LLP

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: February 19th, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within document was forwarded to the following persons via first class mail, postage pre-paid, this 19th day of February, 2007.

Bernard P. Healy, Esq.
750 East Street
Pawtucket, RI 02860

/s/ Neal J. McNamara