UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FRANCESCA D'AMBRA
Plaintiff

V. C.A. NO. 06-352 S

NEW ENGLAND GAS COMPANY
Defendant

## OBJECTION

Now comes the Plaintiff, FRANCESCA D'AMBRA, and objects to the defendant's motion for sanctions for failing to file a pre-trial memorandum in a timely manner. As grounds therefore, Plaintiff states that the Defendant was not greatly prejudiced as a result of the delay, that the failure to file the pre-trial memorandum in a timely manner has now been cured, that the sanctions sought, particularly of Plaintiff calling witnesses beyond those identified in Defendant's pre-trial memorandum is too severe and will work a miscarriage of justice. In support thereof, the Plaintiff submits her memorandum of law.

The Plaintiff
FRANCESCA D'AMBRA
By her attorney:

Bernard P. Healy, #2072
750 East Avenue
Pawtucket, RI 02860
(401) 721-2260

## CERTIFICATE OF SERVICE

I hereby certify that sent by mail and facsimile a copy of the within to counsel of record, Neil J. McNamara, and Matthew J. Frankel of NIXON PEABODY LLP, One Citizens Plaza, 5th floor, Providence, RI 02903 this day of February 22, 2007.

Christine Burns

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FRANCESCA D'AMBRA
Plaintiff

V. C.A. NO. 06-352 S

NEW ENGLAND GAS COMPANY
Defendant

MEMORADUM OF THE PLAINTIFF, FRANCESCA D'AMBRA, IN SUPPORT OF HER OBJECTION TO DEFENDANT'S MOTION FOR SANCTIONS

The Plaintiff concedes that her pre-trial memo was filed out of time. Plaintiff had up to the date of filing submitted all pleadings, including discovery, in a timely manner. In her answers to interrogatories, the Plaintiff had listed all witnesses. Aside from herself, these all were employees of the Defendant. By the time of impanelment of the jury, the witnesses were specifically delineated as were the exhibits. The exhibits are all records of Defendant.

While hardly an excuse the Defendant in this instance initially filed objections to Plaintiff's discovery requests, including her interrogatories and request for production of documents. The Defendant has concededly in part cured that problem by submitting copies of supplemental records requested. The Plaintiff needed these to complete her pre-trial memorandum and to delineate those witnesses whom she would call.

The Defendant is somewhat ingenuous when its states that it did not know Plaintiff's theory of the case. The theory of the case has been obvious of the outset as have been the defense's proffered. At this point, the Defendant, should it object to any of the exhibits and/or any witnesses, has had an opportunity to file a motion in limine. Moreover, the Defendant has certainly greater access to these witnesses than does the Plaintiff. With one exception, that of Mr. Detore, the witnesses listed by Plaintiff are actively employed by the Defendant.

Rule 16 allows a host of remedies dependent on the circumstances of each case. The conduct of the Plaintiff in this case was neither willful nor contumacious. To order any sanction which would prevent the Plaintiff from presenting her case fully and fairly would be an unjust and unwarranted punishment.

The Defendant has and currently is continuing to conduct discovery to wit in reference to Plaintiff's alleged conviction of crime, which the Plaintiff has not objected

to. Given the time frame between delivery of the pre-trial memorandum and the date of trial, given the ready accessibility of Plaintiff's witnesses to the Defendant, a fair and equitable evaluation would warrant a finding that this Defendant has not been prejudiced at all. Plaintiff therefore respectfully requests that the Defendant's motion for sanctions be denied

The Plaintiff
FRANCESCA D'AMBRA
By her attorney:

Bernard P. Healy, #2072
750 East Avenue
Pawtucket, RI 02860
(401) 721-2260

CERTIFICATE OF SERVICE

I hereby certify that sent by mail and facsimile a copy of the within to counsel of record, Neil J. McNamara, and Matthew J. Frankel of NIXON PEABODY LLP, One Citizens Plaza, 5th floor, Providence, RI 02903 this day of February 22nd, 2007.

Christine Burns