STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

DEPARTMENT OF ATTORNEY GENERAL

CRIMINAL HISTORY RECORD

MAR-09-04 11:41:46 MREED

**IDENTIFICATION DATA**

NAME: DAMBRA, FRANCESCA ALIASES:

STATE IDENT. NO.: 9101539 FBI NO.

SEX: F HEIGHT: 503 WEIGHT: 112 RACE: W HAIR: BRO EYE: BRO

DATE OF BIRTH: 04-04-1965 SCARS, MARKS AND TATTOOS:

SSN: 036464852 AFIS CLASS:

FINGER PRINT CLASSIFICATION

HENRY UPPER: backlog NCIC NO.:

HENRY LOWER:

RESIDENCE: 1755 CRANSTON ST

CRANSTON RI 02920

**THIS REPORT IS NOT VALID WITHOUT THE RAISED STATE SEAL ON EACH AND EVERY PAGE**

THIS REPORT IS BASED ON INFORMATION SUPPLIED BY LOCAL LAW ENFORCEMENT. MATCH HAS BEEN MADE ON NAME AND DATE OF BIRTH. THIS INFORMATION IS A COMPILATION OF RHODE ISLAND CHARGES AND MAY NOT CONTAIN A COMPLETE RECORD OR THE DISPOSITION OF THE CHARGES

| | ARREST DATE / DISP DATE | ARREST CHARGE / COURT CHARGE/ DISPOSITION | ARREST AGENCY | CASE NO. |
|---|---|---|---|---|
| 1 | 11-17-2003 | ATTEMPTED LARCENY/U $500 | JOHNSTON | |
| 2 | 02-15-1991 | SIMP ASLT | NORTH PROVIDENCE | |
| | 03-21-1991 | SIMPLE ASSAULT OR BATTERY | | 61-1991-02042 |
| | | FILED/NOLO $20 INDEM/PROB FD; $3.50 CC | | |

RECORD
R.I. STATE DIVISION OF CRIMINAL IDENTIFICATION
BY

DISCLAIMER FOR NON LAW-ENFORCEMENT REQUESTS

RELEASE OF THIS INFORMATION IS MADE PURSUANT TO R.I. GEN. LAWS SECTION 38-2-2(d) (4) UPON RECEIPT OF AN INDIVIDUAL'S WRITTEN AUTHORIZATION. DISSEMINATION OF THIS INFORMATION IS PROHIBITED.