# Johnston Police Department
11/17/2003

## Arrest Report

FILE COPY

Arrest #: 03-1204-AR
Related Arrest #:
Call #: 03-24969
Incident #: 03-3365-OF

Date/Time Reported: 11/17/2003 @ 1852
Arrest Date/Time: 11/17/2003 @ 1852
Booking Date/Time: 11/17/2003 @ 1856
Refer To Cases: 03-3365-OF
Reporting Officer: SERGEANT DAVID BROCCOLI
Assisting Officer: PATROLMAN MATTHEW LEDUC
Booking Officer: PATROLMAN MATTHEW LEDUC
Approving Officer: SERGEANT DAVID BROCCOLI
Signature: Sgt. David J Broccoli #16

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | DAMBRA, FRANCESCA<br>1755 CRANSTON ST<br>CRANSTON RI 02920 | F | W | 38 | NOT AVAIL | 401-383-3320 |

BODY: NOT AVAIL.
DOB: 04/04/1965
LICENSE NUMBER: NOT AVAIL.
COMPLEXION: NOT AVAIL.
PLACE OF BIRTH: NOT AVAIL.
ETHNICITY: NOT HISPANIC

(ATTEMP. LARCENY)

[RIGHTS/BOOKING CHECKS]

RIGHTS ADVISED BY: SERGEANT DAVID J BROCCOLI
DATE/TIME: 11/17/2003 @ 1840
PHONE USED: Y
PHONED DATE/TIME: 11/17/2003 @ 1900
ARRESTEE SECURED: Y 11/17/2003 1915
ARRESTEE CELL #: 1

NOLO. FILED 1YR. 25HRS COMM. SERVICE - REST. OF $140.00 + C/C.

FINGERPRINTED: Y
PHOTOGRAPHED: Y
SUICIDE CHECK: Performed
PERSONS: State&Federal
NCIC VEHICLE CHECK: Not Performed
INJURY OR ILLNESS: N

| # | OFFENSE(S) | A/C | TITLE/CHAP | SECTION |
|---|---|---|---|---|
| | LOCATION TYPE: Department/Discount Store  Zone: BEAT 21<br>BURLINGTON COAT FACTORY<br>1386 ATWOOD AVE<br>JOHNSTON RI 02919 | | | |
| 1 | ATTEMPTED LARCENY/U $500<br>OCCURRED: 11/16/2003 1616<br>SUSPECTED OF USING: Not Applicable<br>BIAS AGAINST: Unknown Bias | C | 11-41 | 6 - FROM BLD |

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | BURLINGTON COAT FACTORY<br>1386 ATWOOD AVE<br>JOHNSTON RI 02919<br>VICTIM CONNECTED TO OFFENSE NUMBER(S): 1 | | | | NOT AVAIL | 401-946-9634 |

11-26-03 JUDGE - HIGGINS.

*Johnston Police Department*
*Town of Johnston*
*1651 Atwood Avenue*
*Johnston, Rhode Island 02919*
*www.johnstonpd.com*

*Chief of Police*
*Richard S. Tamburini*

*Telephone (401) 231-4210*
*Fax No. (401) 233-3314*

February 21, 2007

Marilyn Lovely
Nixon Peabody LLP
Suite 500
One Citizens Plaza
Providence, RI 02903

Per our conversation on February 21, 2007 enclosed you will find the documentation you requested in reference to Francesca D'Ambra.

1. Copy of original Johnston Police Report 03-3365-OF.
2. Copy of original Johnston Police Arrest Report 03-1204-AR.
3. Copy of originalWitness Statement for Krystal Dicks.

If you require any additional assistance please feel free to call me at (401)231-4210 Ext. 3113.

Thank you for your assistance in this matter.

Spl. Officer Michelle Bizzacco

Special Officer Michelle Bizzacco
Keeper of the Records
Johnston Police Department

THE JOHNSTON POLICE DEPARTMENT IS AN EQUAL OPPORTUNITY EMPLOYER

Johnston Police Department
ORIGINAL
Incident Report



Incident #: 03-3365-OF
Call #: 03-24891

Date/Time Reported: 11/16/2003 1616
Report Date/Time: 11/16/2003 1731
Occurred Between: 11/16/2003 1616-11/16/2003 1620
Status: Incident Open
Reporting Officer: PATROLWOMAN PATRICIA FORTIER
Approving Officer: SERGEANT DAVID BROCCOLI

Signature: [signature]

| # | OFFENSE(S) | A/C | TITLE/CHAP | SECTION |
|---|---|---|---|---|

LOCATION TYPE: Department/Discount Store     Zone: BEAT 21
BURLINGTON COAT FACTORY
1386 ATWOOD AVE
JOHNSTON RI 02919

| # | OFFENSE(S) | A/C | TITLE/CHAP | SECTION |
|---|---|---|---|---|
| 1 | **ATTEMPTED LARCENY/U $500** | C | 11-41 | 6 - FROM BLD |

OCCURRED: 11/16/2003 1616
SUSPECTED OF USING: Not Applicable
BIAS AGAINST: Unknown Bias

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | **BURLINGTON COAT FACTORY** | | | | NOT AVAIL | 401-946-9634 |

1386 ATWOOD AVE
JOHNSTON RI 02919
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | **BLACK TIMBERLAND BOOTS** | 03-1399-PR | Recovered (Previously Stolen) |

QUANTITY: 1     VALUE: $69.98
SERIAL #: NOT AVAIL
DATE: 11/16/2003
RECOVERED: 1     VALUE: $69.98     DATE: 11/16/2003
OWNER: BURLINGTON COAT FACTORY

Sgt. Broccoli and I responded with other units to **1386 Atwood Ave, Burlington Coat Factory,** for a shoplifter in the parking lot. Upon our arrival we were met by shoe manager **Susana Azevedo (10-23-1977)** who stated that she and **Krystal Dicks (3-8-1983),** youth department manager spotted a shop lifter running out of the store with a pair of new black Timberland Boots on. Dicks stated that she was in the youth department when she saw a woman go into the dressing room with the box of Timberland boots and come out with nothing in her hands. Dicks checked the fitting room and found an empty Timberland shoe box and a sensor that had been bit off the shoes.

Dicks then pursued the female who is described as a white female in her mid thirties, shoulder length dark brown hair, 5 ft 2, wearing a red shirt with a hood and a dark beige jacket. The suspect had light colored pants and a black back pack in which it is believed she put her personal shoes into the back pack. Dicks told me that she was in pursuit of the female shoplifter and Azvedo assisted her in the foot pursuit. Azevedo pursued the female and told her to take the boots off and the suspect complied. Azevedo took custody of the boots and observed the suspect flee in a beige colored Toyota Camery bearing **RI reg license plate 55607** . A check with the registry shows the suspect vehicle came back to a **Francesca Dambra 1755 Cranston St, Cranston RI.** Cranston police were contacted by communications to advise this party to respond to headquarters in reference to this incident.

A photograph of the evidence, the black Timberland boots with a value of #$ 69.98, was taken, issued **property tag # 03-1399-PR** and was placed in an evidence locker.

Burlington Coat Factory does wish to persue criminal charges if the suspect is found out. Dicks states that she can positivily identify the female suspect. See attatched witness statement taken from Dicks.

**Ptlw. Patricia A. Fortier # 80**

APPROVING OFFICER'S SIGNATURE

ORIGINAL

Johnston Police Department
Arrest Report



JOHNSTON POLICE R.I.

Arrest #: 03-1204-AR
Related Arrest #:
Call #: 03-24969
Incident #: 03-3365-OF

Date/Time Reported: 11/17/2003 @ 1852
Arrest Date/Time: 11/17/2003 @ 1852
Booking Date/Time: 11/17/2003 @ 1856
Refer To Cases: 03-3365-OF
Reporting Officer: SERGEANT DAVID BROCCOLI
Assisting Officer: PATROLMAN MATTHEW LEDUC
Booking Officer: PATROLMAN MATTHEW LEDUC
Approving Officer: SERGEANT DAVID BROCCOLI
Signature: Sgt. David J. Broccoli #16

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | **DAMBRA, FRANCESCA**<br>1755 CRANSTON ST<br>CRANSTON RI 02920 | F | W | 38 | NOT AVAIL | 401-383-3320 |

BODY: NOT AVAIL.
DOB: 04/04/1965
LICENSE NUMBER: NOT AVAIL.

COMPLEXION: NOT AVAIL.
PLACE OF BIRTH: NOT AVAIL.
ETHNICITY: NOT HISPANIC

**[RIGHTS/BOOKING CHECKS]**

RIGHTS ADVISED BY: SERGEANT DAVID J BROCCOLI DATE/TIME: 11/17/2003 @ 1840
PHONE USED: Y PHONED DATE/TIME: 11/17/2003 & 1900
ARRESTEE SECURED: Y 11/17/2003 1915
ARRESTEE CELL #: 1

FINGERPRINTED: Y
PHOTOGRAPHED: Y
SUICIDE CHECK: Performed
PERSONS: State&Federal
NCIC VEHICLE CHECK: Not Performed
INJURY OR ILLNESS: N

| # | OFFENSE(S) | A/C | TITLE/CHAP | SECTION |
|---|---|---|---|---|
| | LOCATION TYPE: Department/Discount Store Zone: BEAT 21<br>BURLINGTON COAT FACTORY<br>1386 ATWOOD AVE<br>JOHNSTON RI 02919 | | | |
| 1 | **ATTEMPTED LARCENY/U $500**<br>OCCURRED: 11/16/2003 1616<br>SUSPECTED OF USING: Not Applicable<br>BIAS AGAINST: Unknown Bias | C | 11-41 | 6 - FROM BLD |

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | **BURLINGTON COAT FACTORY**<br>1386 ATWOOD AVE<br>JOHNSTON RI 02919<br>VICTIM CONNECTED TO OFFENSE NUMBER(S): 1 | | | | NOT AVAIL | 401-946-9634 |

**Johnston Police Department**
**Arrest Report**

**Arrest #: 03-1204-AR**
**Related Arrest #:**
**Call #: 03-24969**
**Incident #: 03-3365-OF**

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | BLACK TIMBERLAND BOOTS (PHOTO) | 03-1399-PR | Recovered (Previously Stolen) |

QUANTITY: 1 VALUE: $69.98
SERIAL #: NOT AVAIL
DATE: 11/16/2003
RECOVERED: 1 VALUE: $69.98 DATE: 11/16/2003
OWNER: BURLINGTON COAT FACTORY

The suspect: ***Francesca D'ambra*** responded to police headquarters at 1840 hours this date. She was immediately advised od, and signed her constitutional rights. Ms.. D'ambra admitted to being at ***Burlington Coat Factory*** at the date and time in question. She related that she did not have the boots in question on her feet; however, she did have them in her hands. When asked what her location was in the store she related that she had passed the registers w/o attempting to pay for the boots, and was "*at the front door* " when she was confronted by store personnel. When asked why she fled the scene prior to police arrival, she could not provide an answer. Ms. D'ambra refused to complete a written statement of the defendant, and offered no further information. Based on the ***totality of all facts and circumstances,*** Ms. D'anbra was charged in violation of ***11-41-6 (attempted larceny under $500.00),*** processed and later released with a District Court date of 11-26-2003

REPORTING OFFICER'S SIGNATURE

APPROVING OFFICER'S SIGNATURE

REFERENCE: **03-1204-AR**

I hereby certify that I have been advised and understand my rights under the constitution and Rhode Island Law, which were given to me as follows:

* You have the right to remain silent.
* Anything you say can and will be used against you in a court of law.
* You have the right to talk to a lawyer and have him present with you while you are being questioned.
* If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish.
* You have the right to use a telephone to contact a lawyer at any time.
* You can decide at any time to exercise these rights and not answer any questions or make any statements.

1. Do you understand these rights explained to you? yes ✓
2. Having these rights in mind, do you wish to talk now? ✓

SIGN: Francesca D'Ambra DATE: 17 Nov 03 TIME: 1840 hrs.
FRANCESCA DAMBRA

SIGN: Sgt. David J. [illegible] #16 DATE: 17 Nov 03 TIME: 1840 hrs.
Witness

**[ PERSONAL PROPERTY ]**

SEARCHED BY: PATROLWOMAN JOY YOUNKIN ON: 11/17/2003 AT: 1910

BLACK LEATHER WALLET
KEYS

CELL PHONE
89.00 REMAININING ON PERSON

SIGN: Francesca DAmbra DATE: NOV 17, 03 TIME: 8pm
The above list is my property

SIGN: Francesca DAmbra DATE: NOV 17, 03 TIME: 8pm
I have received the above property

JOHNSTON POLICE DEPARTMENT

STATEMENT OF THE DEFENDANT

Time:________ Date:___________ Place:______________________________

NAME:___________________________________

ADDRESS:________________________________

DATE OF BIRTH:__________________________

I, ________________________________________, make the following statement(s) after having been advised of my rights. I give up my rights. I do not want a lawyer present at this time. I want to talk to the police. I am doing these things voluntarily and without threats or promises by members of the ________________________________Police Department.

Refused ________________________

_____________________________________________
Signature

_____________________________________________
Address

________________________________

________________________________
Officer(s) witnessing statement(s)

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

DISTRICT COURT SUMMONS

S-139C (8-74)

| COMPLAINT NO | 6TH DIVISION OF THE DISTRICT COURT |
|---|---|
| STATE, EX REL / CITY/TOWN: Johnston, Rhode Island | VS DEFENDANT: Francesca D'ambra |

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE A JUDGE OF THE DISTRICT COURT FOR THIS DIVISION ON THE DATE AND AT THE TIME AND PLACE SHOWN BELOW TO ANSWER A COMPLAINT CHARGING YOU WITH THE CRIME DESCRIBED HEREIN.

**CRIME** Larceny u/ $500.00 (attempted)

**STATUTE(S) VIOLATED** 11-41-6

**THE TIME, DATE AND PLACE OF HEARING**

| TIME | DATE | LOCATION |
|---|---|---|
| 00026e2003 AM | 11-26-2003 | 1 Dorrance Street, Providence Rhode Island |

IF YOU FAIL TO APPEAR AND ANSWER, A WARRANT WILL BE ISSUED FOR YOUR ARREST.

| DATE | JUDGE, JUSTICE OF PEACE |
|---|---|
| | X |
| **DATE** | **POLICE OFFICE (MISDEMEANOR)** |
| 17 Nov 2003 | X Sergeant David J. Broccoli #16 |

WILLFUL FAILURE TO APPEAR IN ANSWER TO THIS SUMMONS MAY BE PUNISHED BY A FINE OF NOT OVER FIFTY DOLLARS (50.00) OR IMPRISONMENT FOR NOT OVER FIFTEEN (15) DAYS.

Signed: Francesca D'ambra [signature]

Francesca D'ambra

# RIGHTS

I, Francesca D'Ambra, am a suspect in the crime (s) of Larceny

1. I have the right to remain silent. I do not have to give a statement or answer any questions.
2. If I give up my right to remain silent, anything I say can and will be used against me in a Court of Law.
3. I have the right to the presence of a lawyer and to talk with a lawyer before and during any questioning.
4. If I cannot afford a lawyer and I want a lawyer, a lawyer will be appointed for me at no cost to me before any questioning.
5. If I do talk to the police, I can stop at any time.

The police have made no threats or promises to me.

I UNDERSTAND MY RIGHTS: YES ✓ NO ____ DATE NOV. 17, 03

Francesca D'Ambra
SIGNATURE

1755 Cranston St. Cranston RI
ADDRESS

Sgt. David J. [signature] #16
Officer (s) advising suspect of His /Her Rights

Police Department: Johnston Police Dept.

Time: 1840 hrs.

Date: 17 Nov 2003

Place: Police Headquarters

White - Police
Green - Court
Yellow - A.G.
Pink - Def. Attor.
Golden - Defendant

# WITNESS STATEMENT

**TIME:** 1625 hrs **CR#** 3365-OF

**DATE:** 11-16-03

**PLACE:** 1386 Atwood Ave Burlington Coat Factory

**I,** KD **VOLUNTARILY WITHOUT THREATS OR PROMISES, MAKE THE FOLLOWING STATEMENTS:**

**Q. WHAT IS YOUR NAME**
**A.** Krystal Dicks

**Q. WHAT IS YOUR PRESENT ADDRESS?**
**A.** 419B Broad st. Cumberland, RI 02864

**Q. WHAT IS YOUR DATE OF BIRTH?**
**A.** 3-8-83

**Q. WHAT IS YOUR OCCUPATION?**
**A.** youth dept ~~[illegible]~~ associate

[signature]
**SIGNATURE**

**Statement taken by:** Ptlw PAForther

**Witnesses:** ______________________

I seen the woman in my fitting room. I see black Timberlands she came out with no clothes so I checked to see inside the fitting room. There was an empty Timberland box and a broken sensor. I chased the woman to the front door I then grabbed Susana and told her the woman had on stolen boots. Susana and I ~~[illegible]~~ ran out the door. Susana ~~[illegible]~~ after a few minutes got the woman to take the b[illegible]

# CONTINUATION SHEET

off and told her the police were on the way. we took the boots that had been stolen got the license plate

RI Reg 55607 the woman is described as a white female in her 30's dark brown shoulder length hair, a beige/dark brown jacket and a Red hooded shirt, light pants and black backpack. with no shoes on. if this person is found Burlington coat factory wishes to press charges I can identify this woman.

SIGNATURE

Statement taken by Ptlw PA Fortier

Witnesses:

Continuation of:

FORM 10

Page_____ of_____