UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FRANCESCA D'AMBRA, Plaintiff, | : | |
| v. | : | C.A. No. 06-352 S |
| NEW ENGLAND GAS CO., Defendant. | : | |

**ENTRY OF APPEARANCE**

I, Matthew J. Frankel, hereby enter my appearance on behalf of Defendant New England Gas Co. in the above-captioned matter.

Respectfully submitted,

DEFENDANT NEW ENGLAND GAS CO.

By its attorneys,
NIXON PEABODY LLP

/s/ Matthew J. Frankel
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: February 27th, 2007

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within document was forwarded ~~electronically~~ by hand to the following persons this 27th day of February, 2007.

Bernard P. Healy, Esq.
750 East Street
Pawtucket, RI 02860

/s/ Matthew J. Frankel