UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FRANCESCA D'AMBRA,<br>Plaintiff, | : | |
| v. | : | C.A. No. 06-352 S |
| NEW ENGLAND GAS CO.,<br>Defendant. | : | |

**MOTION TO INCLUDE ADDITIONAL JURY INSTRUCTION**

Defendant New England Gas Co. hereby moves to include an additional jury instruction at the conclusion of trial. Specifically, Defendant respectfully requests an instruction that would ensure that the jury does not improperly weigh or draw false conclusions from the questions asked by the Judge during the course of the trial. Defendant's proposed instruction is attached.

Respectfully submitted,

DEFENDANT NEW ENGLAND GAS CO.

By its attorneys,
NIXON PEABODY LLP

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: March 1, 2007

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within document was forwarded by hand to the following persons this 1st day of March, 2007.

Bernard P. Healy, Esq.
750 East Street
Pawtucket, RI 02860

/s/ Neal J. McNamara

# PROPOSED ADDITIONAL JURY INSTRUCTION

## Questions Asked by the Judge

Over the course of this trial, you have heard me ask questions of several of the witnesses called by both parties. As I mentioned during the trial, you must not assume that I asked these questions to support one side or the other or to advance the case of one side or the other. The witnesses' answers to my questions should not be given any more or less weight than any other evidence in this case. In sum, do not assume that because I asked questions I hold any opinion on the matters to which those questions related.