AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## District of Rhode Island

D'Ambra v. New England Gas Co.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA 06-352S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Bernard P. Healy | Neal J. McNamara |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Feb. 27 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/27/07 | | | W-1 Francesca D'Ambra |
| 1 | | | | Full | Original Appraisal of Francesca D'Ambras work 9/7/05 |
| | | | | | by her Mentor Robert Ganem |
| 2 | | | ID | Full | Appraisal of Francesca D'Ambra 10/3/05 (September) |
| | G | | | Full | NE Gas Co Appentice check off list |
| | | | | | W-2 Carl Saccoccio |
| | | | | | W-3 Robert Ganem |
| 3 | | | | Full | Performance Appraisal (October) |
| | | | | | W-4 William Shields |
| | X | | | Full | Notes of conversation by Mario Carlino |
| | | | | | W-5 Philip Renner |
| DAY | | | 2 | | |
| | | 2/28/07 | | | W-6 Robert Hanley |
| 4 | | | | Full | Handwritten Note undated |
| | | | | | W-7 Kenneth Robitaille |
| | | | | | W-8 Mario Carlino |
| | R | | | Full | Evaluation Chart of Temps September 2005 |
| | V | | | Full | Notes of performance review meeting |
| | T | | | Full | Evaluation Chart of Temps October 2005 |
| | U | | | Full | Evaluation Chart of Temps November 2005 |
| | Y | | | Full | Notes from Performance Review M |
| | BB | | | Full | Memorandum by Mario Carlino |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

D'Ambra v. New England Gas Co. CASE NUMBER: CA 06-352

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | Z | 2/28/07 | | Full | Mario Carlino's notes |
| | CC | | | Full | Memorandum by Mario Carlino |
| | | | | | W-9 Brian Hunt |
| | B | | | Full | Plaintiff's Resume |
| | C | | | Full | First Customer Field Service Interview Notes |
| | D | | | Full | Second Customer Field Service Interview Notes |
| | E | | | Full | Plaintiff's Electrical EXAM |
| | A | | | Full | CFS Candidate Ranking Chart |
| | G | | | Full | Performance Appraisal |
| | | | | | W-10 Lawrence Denofio |
| | I | | | Full | Written Performance Review |
| | O | | | Full | Performance Appraisal by Mr. Denofio |
| DAY 3 | | | | | |
| | | 3/1/07 | | | W-11 John Crompton |
| | P | | | Full | Performanc Appraisal January 2006 |
| | | | | | W-12 Robert Langlois |
| | M | | | Full | CFS Field Report dated 11/16/05 |
| | N | | | Full | Performanc Appraisal Nov + Dec |
| | | | | | W-13 Stephanie Eddleston |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |