UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FRANCESCA D'AMBRA | : | |
| | : | |
| v. | : | C.A. No. 06-352S |
| | : | |
| NEW ENGLAND GAS CO. | : | |

**ORDER**

This case has been the subject of two settlement conferences. The first was held on February 1, 2007, and the second on March 22, 2007. Neither conference was successful in settling this dispute. Between the dates of these two conferences, the case was tried to a jury, and a mistrial was declared by Judge Smith due to the jury's inability to reach a verdict.

While Plaintiff herself attended and fully participated in the prior conferences with her attorney, Defendants' counsel attended both conferences with representatives of Defendant who had no real negotiating authority. Although these representatives were both pleasant gentlemen, they did not actively participate, and it was apparent that they had no real authority to negotiate on behalf of Defendant. In other words, they were merely "warm bodies" sent for appearance purposes only.

In order to truly determine if this case can be resolved by settlement, it is necessary for decision-makers on both sides to attend and participate in good faith. Thus, a third and final settlement conference will be held before me in my Chambers on **April 6, 2007 at 2:00 p.m.** Attorney Healey shall again attend with Plaintiff. Attorney McNamara shall attend with a regional representative of National Grid which, as a practical matter for these purposes, is Defendant's successor-in-interest. Such representative of National Grid shall have full authority to negotiate and

settle this case on any terms at the conference. Failure of either party to comply with this Order may result in sanctions.

PER ORDER

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
March 23, 2007