UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

FRANCESCA D'AMBRA,
Plaintiff,

v.

C. A. NO. 06-352 S

NEW ENGLAND GAS COMPANY,
Defendant.

DISMISSAL STIPULATION

The above matter is hereby dismissed with prejudice, no interest no costs.

Plaintiff
FRANCESCA D'AMBRA
By her Attorney,

/s/ Bernard P. Healy
Bernard P. Healy #2072
750 East Avenue
Pawtucket, RI 02860
Tel. (401)721-2260

DATED: June 1, 2007

Defendant,
NEW ENGLAND GAS COMPANY
By their Attorneys,

NIXON PEABODY, LLP

/s/Neal J. McNamara
Neal J. McNamara #4249
Matthew J. Frankel #7293
One Citizens Plaza – Suite 500
Providence, RI 02903
Tel. (401) 454-1000
Fax: (401) 454-1030
E:mail nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com