**United States District Court**
**for the District of Rhode Island**

Francesca D' Ambra

vs. Case No. CA06-352S

New England Gas

## EXHIBIT RECEIPT

Defendant's exhibit(s) A, B, BB, C, CC, D, E, G, I, M, N, O, P, Q, R, T, U, V, X, Y, Z

Signature of Attorney:

Marilyn Toole for Neal J. McNamara

David A. DiMarzio, Clerk

Wendy Dile

Deputy Clerk